UNITED STATES DISTRICT COURT
For
The District of Rhode Island

2018 AUG -9 A 11: 46

Lemuel O. Taylor
_____
_____
_____
(Enter the full name(s) of the
Plaintiff(s) in this action)

vs.

CA 18- 436
Civil Action No. _____

Jeffery Aceto; Duffy; Amaral;
Figueroa; Bastine; Barber
Patricia Coyne-Fague
C/O Marville C/O Crig
(Enter the full name(s) of the
Defendant(s) in this action)

PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes: _____  No: __X__

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: _____
      _____

      Defendants: _____
      _____

-2-

2. Court where action was filed(if federal, give the district; or if state, give the county): _____

3. Please give docket number(s): _____

4. Name of Judge to whom case was assigned: _____

5. Disposition of case(for example, was the case dismissed or appeal, or is it still pending) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT

A. Did you present the facts relating to this complaint to the Warden or any of the prison officials? **Yes**

B. If your answer was Yes:

1. What steps did you take? **Grievances and several letters to Investigators, Warden and Director**

2. What was the result(s): **each dismissed my complaints as unfounded**

C. If your answer is NO, explain why not: _____

III. PARTIES

In item "A" below, place your name in the first blank. Do the same for for any additional parties, if any.

A. Name of Plaintiff: **Lemuel O. Taylor**

In item "B" below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, position and places of employment of any additional Defendants.

Defendants

Captain Duffy      Max Captain
                   40 Howard Ave Cranston RI 02920

SIU Investigator Figureido (or Figueroa)
                   40 Howard Ave Cranston RI 02920

Jeffery Aceto      Warden Max
                   40 Howard Ave Cranston RI 02920

Lt Justin Amaral   Max Lieutenant
                   40 Howard Ave Cranston RI 02920

Officer Bastine    Max C.O.
Officer Barber     Max C.O.
                   40 Howard Ave Cranston RI 02920

Patricia Coyne-Fague   Director of ACI/DOC
                   40 Howard Ave Cranston RI 02920

Officer Marvillic  HS  C/O
Officer Crig       IT  C/O

B. Defendant <u>Please see Attached "Defendants"</u> is employed as _____ at _____

C. Additional Defendants: _____

## IV. STATEMENT OF CLAIM

State here as briefly as possible the <u>facts</u> of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

<u>Please see attached "Statement"</u>

<u>8th Amendment</u>

## V. RELIEF

<u>State briefly</u> exactly what you want the Court to do for you. Make <u>no</u> legal arguments and do not cite any cases or statutes.

<u>Have my property returned to me, or a re-imburstment. An admission by the DOC that my rights have been violated. $10,000 in damages from each defendant. Lastly, an out-of-state transfer to Virginia.</u>

Statement

I Lemuel O. Taylor was being held at the Intake Center after being sent to this state for my safety I was in A-mod cell 201 bottom All my property was still in the state of Kansas I spoke to a LT name Perry he then started giving me under cloths and hygine so that I was able to take showers and keep my hygine up until my property got out hear Then LT Perry started giving me phone calls to let my family know where I'm at and that they had shiped me to this state LT Perry spoke with my father serval times over the phone LT Perry contuied to help me with my sistuation by me just getting to this state I never knew LT Perry was a LT in charge of the gangs he spoke to me about the officer in Kansas that let the Gang GD in to my cell to beat me to the point where I was rushed to the hostipal then he assured me nothing like that would happen to me in this state so LT Perry started to call me to his office like two times a week or more each time LT Perry sent for me he contact the officer station and they would pop my door and I'll go to the both and the officer inside the both would say where to go The floor officer in A mod made it very clear that he didn't like me because I'm from outta state and I think I'm suppose to get special pruvigles on or about 9-17-17 LT Perry sent for me and the bottom tear was out having in block Rec As I was tucking in my shirt going down the speeps the same officer that admited he didnt like me his name is C/o Criq, Criq said In front of the mod all gang members Taylor go to LT Perry office you been to it enough times to know where its at not once have anyone told me that when you going to see LT Perry you are label as a snick As I left I explain to LT Perry how officer Criq had just put my life In danger Perry admit his officer was wrong and he would talk to the officer I report to counsler Christina Robson that Tue Sep 19th As I went up for parole she got me sent to max next day, As I got to max prison I was pulled in to Captain Duffie office he began talking about he new why I was there this his building and if I have any problems report to him then I asked about my property Captain Duffie stated its not hear yet but when it get hear will let you no then I explined to him that my property holds sentelmental value once he seen how much my property mean to me he thant try to take advange of me and the sistuation Captain Duffie then stated he wanted me to be his C.I. A jail house snich for him I refusse And he got very upset stating how hard he would make things for me Captain Duffie began to target me he kelpt harrassing me and locking me in seg outta Retaliation They let me in to max with some Timberland boots that they had checked with a hand held metal dectiver they allow me to keep the boots then Duffie wanted to flex his authority so officer in P-2 sent me to medical I get down there my name was not on any list I began walking back to my mod when officer Dow started folling me saying hey boy hey boy I kept walking as I reached the conor to turn in going back to p-2 Duffie and LT Travis came outta of p-1 They said where you coming from I said medical they said dont you hear my officer talking to you I said my name is not hey boy so they told me to take my boots of I say for what yall checked these boots three times with metal dective they made me take boots off and they put the hand cuffs on me took me to seg I ask why are yall keep harrassing me Duffie told me to shut

ry dame mouth up boy I told him the word "Boy" is A Real word For "Nigger" They kelpt me In seg For no reason then they let me out on three different occeans each time they locked me in seg they used the same fake excuse that I have a posible weapon not one time had they ever found a weapon nor did I ever have one It was Duffie Flexing his authority last time they locked me in seg same Reason there S I U Fingerredo pulled me in to his office he ask do I like seg I said No I then ask why was I beening held in seg S I U Fingerredo said they was going to keep me In seg For A while I said I didn't do any thing he then Said that he wanted me to be his eyes and ears then he Violated my right 8th admenment by writting his Snick Hotline number on my Arm in big numbers and he said I better call him by Friday I never did and they retalated and locked me back up that monday not only did he violate my rights by writting his # on my Arm thats Assalt And he put my life in danger by writting his Snick hot line number on my Arm I reported it and done a Greavance no one done any thing I tryed talking to the lead warden his exact wards was I know who you are And I dont like you I don't like Virgina Inmates I don't know why they keep sending yall out hear then he threaten to send me back saying All Virginia Inmates is nothing but trouble and liltle's All once the warden made It clear that he didn't like me It open up more doors For A lot of Real officks to target me and get away with it because they new there warden would Cover for them I done a Greavance on officer Basstine For haveing a Real tattoo of a tree with a nose hanging from it he told me It ment hanging niggas I spoke to another officer name Spears about the Real Remark and tattoo Basstine got Officer Spears told me that If he could confirm that tattoo he would write Bastine up once Spears got the conformation Bastine In fact has that tattoo Spears wrote Basstine up then I was told to do A Greavance on the matter I done the Greavance and I didn't have the date correct So they Denied the Greavance sticking up for the officer Then Inspector office did not do any thing but cover for the officer Basstine coworker officer Barbar waited until I got out of seg and started giving me All dirty looks then babar made the statement in front of the whole P-2 mod that I was A PC snick from Virginia then he went on to say how he would Breake my Jaw and get away with it he constly tryed to intenmanate me on every cause It had gotten so bad with the constly harrassment and threats From officer Barbar I had to go to A L T before I got my self in trouble because Barbar made me see that no one was going to go against what he said I was going to chow when officer barbar threaten to snack me off camara break my Jaw and stump my tongue out I reported the threat to LT Amarral he sent me to talk to captain about It by the time I came back the Camara showed barbar go in to my cell and smack A deck of playing cards off my Bed on to the floor and in to my tolit when I came back I seen the mess he made so I left It like that so someone higher up could see what he done on purpose minutes latter barbar came pass my cell laughing At what he had done his exeatly words was

clean my mess up be a good nigger boy and obey your master so I left every thing the way he left it. Honey Hy Barbur wrote me a looking for haveing a fight/yell no one else but him I explan to different stikes who of took place they all was very aware of the conflicting issues amongst my self and Barbur Then on the night the docking was Read to me L.T Arnval Captain retes and Barbur was heard saying by inmates yeah that nigger has to go he got to go next day they shipd me to high security they told my family it was for my safety from what was going on since I been hear at high security I've been the victom of A Prea Indcent that no one done any thing about I reported it only for them to cover it up like they always do on 4-12-18 I was pulled out of f-mod cell 7 to go to the dentenst As I got to the front of the mod office Officer Marville grabed me by the right testcep and began massaying and squeezing my name while smileing saying how good my arms felt to him I told him dont touch me like that no more he then excorted me to the Dentest office As I layed back in the Dentest Chair for them to X-Ray the tooth they had to pull Officer Marville came to the Dentenst Chair and grabed my right testeep again then said yo arms fill so good in my hand they fill like rocks I reported being sexual assaulted no one didnt do any thing they didnt even make A Prea Call they keep it in house sent A Socalworker name vicky to talk to me and Counseler Terese talked to me The camara prove every thing I said happened they still didnt do any thing about it they sent me back to max poison because a under age kid came and court orders said he could not be around adults so they had to clear one whole side out for him soon As I got back to max seg the officers started threatn my life saying how they hate me and want me to be dead and on 6/10/18 on 3rd Shift C/o Barbur came to Seg and worked all night every time he came pass my cell he called me nigger "snitch" said every time I got a Tray in coming his id's he threatn to put glass in my food he constly harras me all night on 6/18/18 I was on 3rd tear cell 9 he made it his business to mentaly torocher me and he done a great job at it I have constly complants to the virginia compact office they have failed to do any thing but neglect my cry for help. while back in max they threw all my proparty away Cards letters Big stack of photos legal work stamps hygiene I been luck in high security with out any thing I've constly complined about all my missing proparty they aint doing any thing but flexing there hate to me A lot of officers at both max and high security was tellying me the reason why they hate me and target me like they do is because before I got hear I was a nother inmate hear from va and he gave them Hell so they all took it out on me to make me sleep out side my Flimay to show them I can be worse than him see in my file they look and seen that a sgt at Kansas told C-D gang members I was a snich from out ta state I have the paper from Kansas to prove to you the people hear got A copy as well so they seen that and thought they could me me snich its not once have I ever snitched on any body and they tell inmates I'm a virginia snitch thats he going

Statement p. 4

that one or two of these Gang members take matters into they own hand and do Bodily harm to me so they can kill two birds with one stone All these Gang members are trying to make names for they selves not realizing when a Officer say a Inmate A Snich that Official doing his best to get rid of that Inmate my paperwork is Floating in other hands along with All my photos of Kids wife mom dad Sisters Brothers Homies So people I love are in casket and I have Several Officer that call tell you I had these things now I don't have any thing and they aint doing nothing Its been putting a mental Strain on my mind and a great deal of pain on my soul to face the fact Some one else has all my belongings or they thraw my property in Trash all because they Hate me because I refuse to let them handle me the way they do to the inmates from this state I bean down for over Twenty one years Stright And I refuse to bow or let any one talk to me any kind of way Im locked up but I'm a man before any thing So A person that Stand up for him self that's some thing they not use to and they don't like It so They do what they do to show me this they house And what they say goes no matter what They all have acted under the color State laws by useing there Special Authority to invoke fear control and manipulate Situations resulting in mental Anglish A eight Admenment Violation of US constitution They all are bedging in they personal feeling and It's very unprofesnal for them to act and treat me like this

VI. CERTIFICATION

I the undersigned, do hereby swear that the above stated facts are both true and correct, based upon my personal knowledge.

X *Lemuel Taylor*
(Signature of Plaintiff)

_____
(Additional Plaintiffs)

Lemuel O. Taylor
RI DOC HSC
PO Box 8200
Cranston, R.I. 02920
(Address for Plaintiff(s))