Judge's                                                                                                                    2/19/19

I sent yall a letter last week expling what every defendent done I am sending yall Edvence of these Incdents I'm also sending yall this paper work from Kansas I got to the state of R I on 8/28/17 It prove to yall all the property that R I took and threw in the trash because I Refussed to be Captain duffie Jail house Snich Also is A statement on what happen to me in Kansas but Its the paper R I got on me to let them no I was a snich so R I tryed to use this statement from Kansas on me to become Captain duffie Snich once I Refussed for fear for my life Captain duffie directed his Rical Staff to disspose all my property I've been locked up for 22 years stright They threw every thing I own in the trash out to retalation because I would not be there Snich I had phots of A lot of my family that I've lost I had Coffien phots of them I had phots of People I grew up in coffins that I'll never get to see they threw every thing in the trash my kids phots etc I am suffering mentaly I dont have no one out there to do anything for me All the places and people I lost are gone the places are rebuilt they took every thing I had that mean so much to me and had Sentalmental Vaule They so rical they saying that I never had a Tv or any of this property or my phots I will send yall so much more edvence and Greavencse to support what Im saying they threw everything away I am having mental breake down and cant talk to any one hear because they all stick together and they target me and provoke me constly on the sexual assalt they so dirty they got the Inspector covering for them Just tell them yall want to see the camara footage I promise yall Its clear sexual assalt but they going to try to just tie fie it because they the people with bages and Im a Black Inmate whom they have made plenty threats to my life They violated the Prea policee Also violated my due process rights for parole I will be sending yall so much more edvence next week to finish supporting what I've been saying I will send all dates, times, Greavences And Its Staff witness, Inmate witness And Its plently camara footage that yall need to see The Warden Aceto is so Rical he leting this happen he told me that he hate me he hate VA Inmates we nothing but trouble he dont know why VA keep sending us out hear Hear is a property sheet of every thing they took and threw in the trash out to retalation because I would not Snich for them I dont have anything they say I didnt have anything well to prove them to be the lieing Rical Red necks they are

hear is the Green property sheet proving to yall Sgt B Clark done my Inventory At Hutchinson Kansas her name is on the property sheet They yall relible and at falt and very neglent It shows I had a 13 Inc Color Tv KTv that Ive had for almost two decades I had a Big Street Size boom box the kind you plug in the wall It had double Casset Player It prove that I had over two hundred photos in wich I don't got not one of them and they mean everything to me they where my Family and Friends in Coffiens that I'll never be able to see again I am torn in many ways and the mental anglish truely gets the best of me They truely need to be held accountable For there wrong actions they are very Rical power struck and they abuse they authority and invoke fear to make you do what they want or you going to suffer like they have put me threw all my personal belonging didn't disfear my desire is to be Reenburst for all my personal property and I truely deserve to be Comsated for every thing they done still doing and taking me threw every thing I owned had Sentalmental voule special my photos Please hear is the edvence They half to pay for what they done Ive been discremated on from day one and Ive been called every Rical names in the book They took the motion to dismiss from Victor A. Tavas And Booked him I Showed them the paper where yall saying he could help me with the writting & T Salfies So he dont care what yall saying they refussed to give me back the motion and they booked Victor serval times for trying to help me none of the defendts don't want yall to see all the Camera footage nor do they want yall to talk to the Staff witness or Inmate witness Im doing every thing that I no how to do From my writting and spelling the best I know how to try to get yall to see and understand that these things truely happen and these people are very Rical I will send more edvence next week Thank yall so very Much for yall time, support

Sincerly Huef Tapes 157066 2/19/19