UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **LEMUEL O. TAYLOR,**<br>      *Plaintiff,*<br>v.<br><br>**PATRICIA A. COYNE-FAGUE,** *et al.*<br>      *Defendants.* | C.A. No.: 18-436 |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS**

Now comes, Plaintiff in the above-captioned matter, Lemuel Taylor, and hereby objects to Defendants' Motion to Dismiss (ECF 40). Wherefore, Plaintiff relies on arguments advanced in the attached memorandum of law along with those which may be advanced at hearing.

 

                                                               Respectfully Submitted,
                                                               LEMUEL O. TAYLOR
                                                               By his attorney:

Dated: February 19, 2020                          /s/ ***Jesse W. Duarte, Esq.***
                                                               Jesse W. Duarte, Esq., #8978
                                                                DUARTE LAW FIRM, LLC
                                                                55 Pine Street
                                                                Providence, RI 02903
                                                               P: 401.323.7240
                                                                F: 401.256.5173
                                                               Jwd@401notguilty.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the within Objection was filed through the ECF system on February 19, 2020, and that notice will be sent electronically to all counsel who are registered participants identified on the mailing information for C.A. No.: 18-436.

/s/ **Jesse W. Duarte**