UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

**LEMUEL O. TAYLOR,**
      *Plaintiff,*
v.

**PATRICIA A. COYNE-FAGUE,** *et al.*
      *Defendants.*

C.A. No.: 18-436

### PLAINTIFF'S MOTION FOR ENLARGEMENT

Now comes, Plaintiff in the above-captioned matter, Lemuel Taylor, and respectfully requests an order enlarging by seven (7) days the time in which he may file his memorandum of law supporting his opposition to Defendant's Motion (ECF 41). In support, Plaintiff states that his ability to communicate with counsel from his remote location in a facility in New Mexico has been significantly frustrated through no fault of his own, and thereby caused a material delay preventing the timely filing within the initial time period permitted, and for further good cause to be shown.

Wherefore, Plaintiff respectfully requests an order, *nunc pro tunc*, providing that Plaintiff may file supporting memorandum through February 26, 2020, along with all other relief deemed meet and just.

Dated: February 20, 2020

Respectfully Submitted,
LEMUEL O. TAYLOR
By his attorney:

/s/ *Jesse W. Duarte, Esq.*
Jesse W. Duarte, Esq., #8978
DUARTE LAW FIRM, LLC
55 Pine Street
Providence, RI 02903
P: 401.323.7240
Jwd@401notguilty.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the within Motion was filed through the ECF system on February 20, 2020, and that notice will be sent electronically to all counsel who are registered participants identified on the mailing information for C.A. No.: 18-436.

/s/ *Jesse W. Duarte*